UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DOF IV REIT HOLDINGS, LLC,

                                   Plaintiff,

-against-

SCOTT A. CHAPPELLE, CHARLES W.
CROUCH, STRATHMORE DEVELOPMENT
COMPANY MICHIGAN LLC, and ABBOTT
ROAD COMMONS, L.L.C.,

                                   Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/17

Case No. 16-cv-4672 (AKH)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action, and all claims and counterclaims asserted herein, are voluntarily dismissed with prejudice and without costs, pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure.

Dated: May 10, 2017
        New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: _____
Lawrence P. Gottesman
Partha P. Chattoraj

111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

*Attorneys for Plaintiff DOF IV REIT Holdings, LLC*

CONDON & FORSYTH LLP

By: _____
John Maggio
Anthony U. Battista
Evan M. Kwarta

7 Times Square
New York, New York 10036
(212) 894-6792

*Attorneys for Defendants Scott A. Chappelle, Charles W. Crouch, Strathmore Development Company Michigan LLC, and Abbott Road Commons, L.L.C.*

So ordered
5-11-17
[signature]